# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Ismael Melendez**

    vs.

**David L. Miller**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:03-CV-51

---

**____**   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THE PETITION FOR WRIT OF HABEAS CORPUS IS DENIED AND DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON SEPTEMBER 18, 2006.

Dated:  September 18, 2006

Clerk of Court

s/S. Potter
By:  Deputy Clerk